1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                         SAN FRANCISCO DIVISION

10  UNITED STATES OF AMERICA,        )   Case No. CR 07-0093 MAG
                                     )
11         Plaintiff,                )
                                     )
12      v.                           )   [~~PROPOSED~~] ORDER FOR SUMMONS
                                     )
13  TONETTE V. MCCLAIN,              )
                                     )
14         Defendant.                )
                                     )
15

16     Having reviewed the Declaration of Jenny J. Yu, the Court finds that probable cause exists to

17  believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),

18  the Clerk of Court is directed to issue a summons directing the defendant, Tonette V. McClain,

19  11 Blythdale Ave., San Francisco, CA 94134, to appear on March 29, 2007 at 9:30 a.m. before

20  Magistrate Judge, the Honorable Edward M. Chen to answer the Information that has been filed

21  by the United States Attorney.

22
23     IT IS SO ORDERED.

24  Dated: 3/13/7
                                         _____
25                                       THE HONORABLE
                                         United States Magistrate Judge
                                         (Judge Joseph C. Spero)
26
27
28

ORDER FOR SUMMONS
Case No. CR 07-0093 MAG