SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237 )
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: CR 07-0093 MAG |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| TONETTE V. MCCLAIN, | |
|     Defendant. | |

    On April 23, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 23, 2007 to May 11, 2007, for effective preparation of counsel, in that defense counsel required adequate time to evaluate the information. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

Stipulation and [Proposed] Order

interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                           SCOTT N. SCHOOLS
                                           United States Attorney

DATED: 04/23/07         /s/ Derek R. Owens
                                         DEREK R. OWENS
                                         Special Assistant United States Attorney

DATED: 04/25/07         /s/ Ronald Tyler
                                         RONALD TYLER
                                         Attorney for Ms. McClain

As the Court found on April 23, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 23, 2007 to May 11, 2007 for effective preparation of defense counsel and the United States. <u>See</u> 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 04/30/07

JOSEPH C. SPERO
United States [Magistrate Judge]

Stipulation and [Proposed] Order