```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
 5

 6     450 Golden Gate Avenue
       San Francisco, California 94102
 7     Telephone: (415) 436-6809
       Facsimile: (415) 436-7234
 8     E-Mail: wendy.thomas@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No. CR 07 0093 MAG |
|---|---|
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER AND |
| v. | ) STIPULATION EXCLUDING TIME |
| | ) FROM JULY 27, 2007 TO AUGUST 30, |
| TONNETTE V. MCCLAIN, | ) 2007 |
| Defendant. | ) |

 The parties appeared before the Honorable Joseph C. Spero on July 27, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

 1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 27, 2007 to August 30, 2007, in light of the need for defendant's continuity of counsel. Failure to grant the requested continuance would unreasonably deny defendant continuity of counsel given the unavailability of current defense counsel.

 2. Given these circumstances, the Court found that the ends of justice served by

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0093 MAG

excluding the period from July 27, 2007 to August 30, 2007, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 27, 2007 to August 30, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 8/15/07

/s/
RON C. TYLER
Counsel for Tonnette V. McClain

DATED: 8/10/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: Aug. 16, 2007



THE HONORABLE _____
United States Magistrate Judge

[**PROPOSED**] ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0093 MAG                           2