| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | RONALD C. TYLER |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | 19 th Floor, Box 36106 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant MCCLAIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00093 JCS |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| TONETTE V. MCCLAIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for January 11, 2008, be continued to February 1, 2008. The reason for the stipulation is that counsel for Ms. McClain will be out of the district on leave on the presently set date.

All parties are available on the requested date.

IT IS SO STIPULATED.

Dated: January 7, 2008 _____/S/_____
RONALD C. TYLER
Assistant Federal Public Defender

Dated: January 7, 2008 _____/S/_____
WENDY M THOMAS
Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
No. CR 07-00093 JCS                           1

1 **[PROPOSED] ORDER**

2     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

3 aforementioned matter currently set for January 11, 2008, shall be continued to February 1, 2008.

4 **IT IS SO ORDERED**.

6 Dated:__January 8, 2008_____          _____
                                                             HONORABLE JOSEPH C. SPERO
                                                             UNITED STATES MAGISTRATE JUDGE